Luther WEEDIN, as United States Commissioner of Immigration at the Port of Seattle, Washington, Appellant, v. LOI HAN, Appellee.

(Circuit Court of Appeals, Ninth Circuit. June 1, 1925.)

No. 4386.

Appeal from the District Court of the United States for the Northern Division of the Western District of Washington; Jeremiah Neterer, Judge.

Thos. P. Revelle, U. S. Atty., and Donald G. Graham, Asst. U. S. Atty., both of Seattle, Wash., for appellant.

Edward H. Chavelle, of Seattle, Wash., for appellee.

Before GILBERT, HUNT, and RUDKIN, Circuit Judges.

PER CURIAM. Affirmed, on the authority of Weedin v. Wong Tat Hing et al., 6 F.(2d) 201, just decided.